# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re: ) Chapter 11
)
AIG BAKER DEPTFORD, L.L.C., ) Case No. _____
)
Debtor. )
)

## DEBTOR'S 20 LARGEST UNSECURED CREDITORS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors unless the value of the collateral is less than the total amount of such creditor's claim. The information herein is true and correct to the best of the Debtor's knowledge, information, and belief; however, it shall not constitute an admission of liability by, nor is it binding on, the Debtor, and the Debtor reserves the right to amend the information contained herein.

|   | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 1. | Deptford Tax Collector<br>1011 Cooper Street<br>Woodbury, NJ 08096-3076 | 1011 Cooper Street<br>Woodbury, NJ 08096-3076<br>Phone: (856) 845-5300 | Taxes | | $ 446,161.02 |
| 2. | McGriff Seibels & Williams<br>2211 7th Avenue South<br>Birmingham, AL 35233 | 2211 7th Avenue South<br>Birmingham, AL 35233<br>Attn: Marty Hall<br>Phone: (205) 252-9871 | Trade Debt | | 48,107.19 |
| 3. | Diane Turton, Realtors<br>1216 3rd Ave.<br>Spring Lake, NJ 07762 | 1216 3rd Ave.<br>Spring Lake, NJ 07762<br>Attn: Suzanne Friend<br>Phone: (877) 388-7866 | Trade Debt | | 46,113.00 |
| 4. | King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, GA 30309 | 1180 Peachtree Street<br>Atlanta, GA 30309<br>Attn: Sarah Borders<br>Phone: (404) 572-4600 | Trade Debt | | 29,624.75 |
| 5. | CPM Builders<br>2230 Clements Avenue<br>Suite B<br>Pennsauken, NJ 08110 | 2230 Clements Avenue<br>Suite B<br>Pennsauken, NJ 08110<br>Attn: Phil Finocchiaro<br>Phone: (866) 634-5836 | Trade Debt | | 26.967.65 |

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 6. | The Mattress Factory<br>4929 Cottman Avenue<br>Philadelphia, PA 19135 | 4929 Cottman Avenue<br>Philadelphia, PA 19135<br>Attn: Chris Conway<br>Phone: (888) 674-9261 | Security Deposit | | 15,458.75 |
| 7. | Ballard Spahr<br>Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636 | Plaza 1000 - Suite 500<br>Main Street<br>Voorhees, NJ 08043-4636<br>Phone: (856) 761-3400 | Trade Debt | | 15,000.00 |
| 8. | Five Guys Famous Burgers<br>Rockham 5G NJ, LLC<br>4 Alison Court<br>Woodbury, NJ 08096 | Rockham 5G NJ, LLC<br>4 Alison Court<br>Woodbury, NJ 08096<br>Attn: Drew Smith<br>Phone: (856) 845-5489 | Security Deposit | | 13,600.00 |
| 9. | Deptford Family Dental<br>Allied Dental Practices of New Jersey, LLC<br>16 Washington Street<br>Toms River, NJ 08753 | Allied Dental Practices of New Jersey, LLC<br>16 Washington Street<br>Toms River, NJ 08753<br>Attn: Dr. Edward B. Poller<br>Phone: (732) 914-1213 | Security Deposit | | 9,333.33 |
| 10. | We R Wireless<br>VEZE Wireless of Deptford, Inc.<br>200 Route 73 North<br>Suite 4B<br>West Berlin, NJ 08091 | VEZE Wireless of Deptford, Inc.<br>200 Route 73 North<br>Suite 4B<br>West Berlin, NJ 08091<br>Attn: Ricky Singh<br>Phone: (856) 686-4868 | Security Deposit | | 4,576.25 |
| 11. | Great Clips<br>AJ Clips LLC<br>108 Fieldstone Road<br>Cherry Hill, NJ 08034 | AJ Clips LLC<br>108 Fieldstone Road<br>Cherry Hill, NJ 08034<br>Attn: Fred E. DeSanto<br>Phone: (856) 910 8001 | Security Deposit | | 4,000.00 |
| 12. | Cricket (Metro PCS)<br>Planet Wireless AZ, LLC<br>4425 W. Mission Lane<br>Glendale, AZ 85302-3823 | Planet Wireless AZ, LLC<br>4425 W. Mission Lane<br>Glendale, AZ 85302-3823<br>Attn: Michael J. Fratantoro<br>Phone: (602) 615-8028 | Security Deposit | | 3,870.00 |
| 13. | Riker Danzig Scherer Hyland Perretti LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981 | Riker Danzig Scherer Hyland Perretti LLP<br>One Speedwell Avenue<br>Morristown, NJ 07962-1981<br>Attn: Nicholas Racioppi, Jr.<br>Phone: (973) 451-8492 | Trade Debt | | 3,509.86 |
| 14. | PSE&G<br>80 Park Plaza<br>Newark NJ, 07102 | 80 Park Plaza<br>Newark NJ, 07102<br>Phone: (800) 357-2262 | Trade Debt | | 2,858.28 |
| 15. | Spa #1 Nails<br>Peter Gia Hoang<br>534 W. Tabor Road<br>Philadelphia, PA 19120 | Peter Gia Hoang<br>534 W. Tabor Road<br>Philadelphia, PA 19120<br>Phone: (267) 335-3221 | Security Deposit | | 2,800.00 |

ATL_IMANAGE-6725884.2

In re: AIG Baker Deptford, LLC                                                                    Chapter 11

| | (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [If secured also state value of security] |
|---|---|---|---|---|---|
| 16. | Copeland, Franco, Screws, & Gill<br>444 South Perry Street<br>Montgomery, AL 36104 | 444 South Perry Street<br>Montgomery, AL 36104<br>Attn: Robert D. Segall<br>Phone: (334) 834-1180 | Trade Debt | | 2,753.81 |
| 17. | Waste Management of NJ | | Trade Debt | | 1,676.89 |
| 18. | Deptford Township MUA<br>PO Box 5506<br>Deptford, NJ 08096 | PO Box 5506<br>Deptford, NJ 08096<br>Attn: Marlene DiMarco, Office Supervisor<br>Phone: 856-415-1111 ext 218 | Trade Debt | | 903.19 |
| 19. | Techna-Pro Electric | | Trade Debt | | 246.00 |
| 20. | Verizon<br>PO Box 4833<br>Trenton, NJ 08650-4833 | PO Box 4833<br>Trenton, NJ 08650-4833 | Trade Debt | | 54.21 |

ATL_IMANAGE-6725884.2

In re: AIG Baker Deptford, LLC                                              Chapter 11

## DECLARATION REGARDING
## LIST OF 20 LARGEST UNSECURED CREDITORS

I, the Chief Financial Officer of AIG Bakers Shopping Center Properties, L.L.C., the sole member of the Debtor, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: April 1, 2010

AIG BAKER SHOPPING CENTER
PROPERTIES, LLC, its sole member

By: _____
Name: Ronald R. Day
Title: Chief Financial Officer

ATL_IMANAGE-6725884.2