# United States Bankruptcy Court
## Northern District of Alabama

In re: AIG Baker Deptford, L.L.C.
Debtor(s)

Case No. 10-02059-TBB
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| AIG Baker Shopping Center Properties, L.L.C.<br>1701 Lee Branch Lane<br>Birmingham, AL 35242 | | | 100% membership interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of AIG Baker Shopping Center Properties, L.L.C., the sole member of the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 4/14/10

Signature /s/ Ronald R. Day

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.