AIG Baker Deptford LLC
Statement of Operations
For the Period Ended February 28, 2010

| Current Period Actual | Current Period Budget | $ Variance | % Var | Account Title | Year to Date Actual | Year To Date Budget | $ Variance | % Var |
|---|---|---|---|---|---|---|---|---|
| | | **Income** | | | | | | |
| $ 63,646 | $ 0 | $ 63,646 | 00 % | Base Rent-Shops | $ 127,292 | $ 0 | $ 127,292 | 00 % |
| 102,867 | 0 | 102,867 | 00 | Base rent-Anchors | 205,734 | 0 | 205,734 | 00 |
| (26,323) | 0 | (26,323) | 00 | Rent Adjustments-Percentage Rent | (56,008) | 0 | (56,008) | 00 |
| 147,000 | 0 | 147,000 | 00 | Ground leases long-term | 294,000 | 0 | 294,000 | 00 |
| $ 287,190 | $ 0 | $ 287,190 | 00 % | Total Base Rents | $ 571,018 | $ 0 | $ 571,018 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Vacancy Allowance | $ 0 | $ 0 | $ 0 | 00 % |
| 81,776 | 0 | 81,776 | 00 | Total Expense Reimbursement | 155,098 | 0 | 155,098 | 00 |
| 0 | 0 | 0 | 00 | Other Tenant Income | 0 | 0 | 0 | 00 |
| $ 368,966 | $ 0 | $ 368,966 | 00 % | Total Tenant Income | $ 726,116 | $ 0 | $ 726,116 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Other Income | $ 954 | $ 0 | $ 954 | 00 % |
| $ 368,966 | $ 0 | $ 368,966 | 00 % | Total Income | $ 727,070 | $ 0 | $ 727,070 | 00 % |
| | | **Expenses** | | | | | | |
| $ 0 | $ 0 | $ 0 | 00 % | Landscaping | $ 1,984 | $ 0 | $ (1,984) | 00 % |
| 0 | 0 | 0 | 00 | Parking lot sweeping | 3,977 | 0 | (3,977) | 00 |
| 0 | 0 | 0 | 00 | Parking lot repairs/maint. | 221 | 0 | (221) | 00 |
| 1,669 | 0 | (1,669) | 00 | Trash removal | 3,350 | 0 | (3,350) | 00 |
| 85 | 0 | (85) | 00 | Other common area maintenance | 2,313 | 0 | (2,313) | 00 |
| 0 | 0 | 0 | 00 | Licenses fees and permits | 400 | 0 | (400) | 00 |
| 65,056 | 0 | (65,056) | 00 | Snow removal | 111,951 | 0 | (111,951) | 00 |
| 543 | 0 | (543) | 00 | Security Allocations | 1,093 | 0 | (1,093) | 00 |
| 2,896 | 0 | (2,896) | 00 | Electricity | 5,672 | 0 | (5,672) | 00 |
| 5 | 0 | (5) | 00 | Monitoring and testing | 6 | 0 | (6) | 00 |
| 12,620 | 0 | (12,620) | 00 | Management fees | 27,622 | 0 | (27,622) | 00 |
| $ 82,874 | $ 0 | $ (82,874) | 00 % | Total Common Area Maint | $ 158,589 | $ 0 | $ (158,589) | 00 % |



Case 10-02059-TBB11 Doc 53 Filed 04/15/10 Entered 04/15/10 16:20:35 Desc Main Document Page 1 of 4

AIG Baker Deptford LLC
Statement of Operations
For the Period Ended February 28, 2010

| Current Period Actual | Current Period Budget | $ Variance | % Var | Account Title | Year to Date Actual | Year To Date Budget | $ Variance | % Var |
|---|---|---|---|---|---|---|---|---|
| $ 610 | $ 0 | $ (610) | 00 % | Property insurance - building | $ 1,220 | $ 0 | $ (1,220) | 00 % |
| 3,482 | 0 | (3,482) | 00 | General liability insurance - build | 6,963 | 0 | (6,963) | 00 |
| $ 4,092 | $ 0 | $ (4,092) | 00 % | Total Insurance | $ 8,183 | $ 0 | $ (8,183) | 00 % |
| $ 52,824 | $ 0 | $ (52,824) | 00 % | Real estate taxes - land | $ 102,091 | $ 0 | $ (102,091) | 00 % |
| $ 52,824 | $ 0 | $ (52,824) | 00 % | Total Taxes | $ 102,091 | $ 0 | $ (102,091) | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Structural/roof repair/maint. | $ 89 | $ 0 | $ (89) | 00 % |
| 44 | 0 | (44) | 00 | Leasing Commissions | 66 | 0 | (66) | 00 |
| 980 | 0 | (980) | 00 | Salaries and wages Corporate | 1,981 | 0 | (1,981) | 00 |
| 598 | 0 | (598) | 00 | Other Owner Repair & Maint | 1,363 | 0 | (1,363) | 00 |
| 1,327 | 0 | (1,327) | 00 | Legal services admin. | 9,842 | 0 | (9,842) | 00 |
| 223 | 0 | (223) | 00 | Bank charges | 530 | 0 | (530) | 00 |
| $ 3,172 | $ 0 | $ (3,172) | 00 % | Total Owners Expense | $ 13,871 | $ 0 | $ (13,871) | 00 % |
| $ 142,962 | $ 0 | $ (142,962) | 00 % | Total Operating Expense | $ 282,734 | $ 0 | $ (282,734) | 00 % |
| $ 226,004 | $ 0 | $ 511,928 | 00 % | | $ 444,336 | $ 0 | $ 444,336 | 00 % |
| $ 226,004 | $ 0 | $ 226,004 | 00 % | Net Operating Income | $ 444,336 | $ 0 | $ 444,336 | 00 % |
| $ 105,747 | $ 0 | $ (105,747) | 00 % | Interest on mortgages payable | $ 220,669 | $ 0 | $ (220,669) | 00 % |
| $ 105,747 | $ 0 | $ (105,747) | 00 % | Total Interest Expense | $ 220,669 | $ 0 | $ (220,669) | 00 % |
| $ 27,997 | $ 0 | $ (27,997) | 00 % | Depreciation land improvemnts | $ 55,993 | $ 0 | $ (55,993) | 00 % |
| 46,195 | 0 | (46,195) | 00 | Depreciation buildings | 92,465 | 0 | (92,465) | 00 |
| 3,191 | 0 | (3,191) | 00 | Depreciation tenant imprvemnt | 6,381 | 0 | (6,381) | 00 |
| 6,722 | 0 | (6,722) | 00 | Amortization-Deferred Lease Cost | 13,445 | 0 | (13,445) | 00 |
| $ 84,105 | $ 0 | $ (84,105) | 00 % | Total Depr & Amortization | $ 168,284 | $ 0 | $ (168,284) | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Gain (Loss) on sale-shopping center | $ 0 | $ 0 | $ 0 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Gain (Loss) on sale-outparcels | $ 0 | $ 0 | $ 0 | 00 % |
| $ 36,152 | $ 0 | $ 36,152 | 00 % | Net Income(Loss) | $ 55,383 | $ 0 | $ 55,383 | 00 % |



Case 10-02059-TBB11 Doc 53 Filed 04/15/10 Entered 04/15/10 16:20:35 Desc Main Document Page 2 of 4

**AIG Baker Partnership** — **Summarized Rent Roll**



Date: 04-06-10
Time: 3:37 pm

As of: 02-28-2010

Property: DEP.000 Deptford Landing Shopping Cent

| Unit | Tenant Name | Status | Total Sq Ft | Pct of Property | Monthly Rent | Other Mthly Charges | Total Charges | Annual Rent | Total Annual Revenue | Annual Rent Per Sq Ft | Rent Commence Date | Lease Expire Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-100 | Five Guys Famous Burgers | OCCUPIED | 2,400 | .48 % | 5,600 | 1,276 | 6,876 | 67,200 | 82,512 | 28.00 | 10-11-2008 | 10-31-2013 |
| A-104 | Great Clips | OCCUPIED | 1,200 | .24 % | 3,400 | 638 | 4,038 | 40,800 | 48,456 | 34.00 | 04-24-2008 | 04-30-2013 |
| A-106 | Spa #1 Nails | SIGNED | 1,200 | .24 % | | | 0 | | 0 | | 03-01-2010<br>11-02-2007 | 02-28-2013<br>11-30-2012 |
| A-108 | | SIGNED | 1,200 | .24 % | | | 0 | | 0 | | 08-28-2008 | 08-31-2011 |
| A-110 | Cricket (Metro PCS) | OCCUPIED | 1,200 | .24 % | 3,348 | 638 | 3,986 | 40,176 | 47,832 | 33.48 | 07-03-2008 | 07-31-2013 |
| A-112 | | VACANT | 1,200 | .24 % | | | 0 | | 0 | | | |
| A-116 | America's Best Contacts | OCCUPIED | 3,600 | .71 % | 9,300 | 1,914 | 11,214 | 111,600 | 134,568 | 31.00 | 02-06-2008 | 02-28-2013 |
| A-122 | T-Mobile #NJTE0C3167 | OCCUPIED | 2,400 | .48 % | 7,000 | 1,346 | 8,346 | 84,000 | 100,152 | 35.00 | 02-21-2009 | 02-28-2019 |
| Anc A | Wal-Mart #3422 (Dptfrd, NJ) | OCCUPIED | 220,317 | 43.63 % | 80,667 | 0 | 80,667 | 968,000 | 968,000 | 4.39 | 10-29-2007 | 10-28-2027 |
| Anc B | | VACANT | 30,742 | 6.09 % | | | 0 | | 0 | | | |
| | H H Gregg | | | | | | | | | | 03-15-2010 | 03-31-2020 |
| Anc C | Michaels #7809 | OCCUPIED | 23,898 | 4.73 % | 28,379 | 2,987 | 31,366 | 340,547 | 376,394 | 14.25 | 09-17-2008 | 09-30-2018 |
| Anc D | Office Max #1483 | OCCUPIED | 20,014 | 3.96 % | 33,357 | 0 | 33,357 | 400,280 | 400,280 | 20.00 | 12-27-2007 | 01-31-2018 |
| Anc E | PetSmart | OCCUPIED | 24,679 | 4.89 % | 41,132 | 3,085 | 44,217 | 493,580 | 530,599 | 20.00 | 10-01-2007 | |
| Anc F | Sam's Club #6670 | OCCUPIED | 140,029 | 27.73 % | 53,833 | 0 | 53,833 | 646,000 | 646,000 | 4.61 | 10-29-2007 | 10-28-2027 |
| PA-101 | Deptford Family Dental | OCCUPIED | 3,200 | .63 % | 9,333 | 1,701 | 11,035 | 112,000 | 132,416 | 35.00 | 03-16-2009 | 03-31-2019 |
| PA-103 | We R Wireless | OCCUPIED | 1,750 | .35 % | 3,646 | 930 | 4,576 | 43,750 | 54,915 | 25.00 | 06-01-2009 | 05-31-2014 |
| PA-104 | GameStop #6010 | OCCUPIED | 1,750 | .35 % | 5,104 | 875 | 5,979 | 61,250 | 71,750 | 35.00 | 12-11-2008 | 01-31-2014 |
| Pad B | | VACANT | 7,000 | 1.39 % | | | 0 | | 0 | | | |
| Pad D | Jard-The Gallry o Jewl-2475 | OCCUPIED | 5,996 | 1.19 % | 12,500 | 3,563 | 16,063 | 150,000 | 192,751 | 25.02 | 10-23-2007 | 01-31-2028 |
| PC-101 | | SIGNED | 4,500 | .89 % | | | 0 | | 0 | | 10-02-2009 | |
| PC-104 | | VACANT | 2,500 | .50 % | | | 0 | | 0 | | | |

Property: DEP.000 Deptford Landing Shopping Cent

| Unit | Tenant Name | Status | Total Sq Ft | Pct of Property | Monthly Rent | Other Mthly Charges | Total Charges | Annual Rent | Total Annual Revenue | Annual Rent Per Sq Ft | Rent Commence Date | Lease Expire Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PE-101 | The Mattress Factory | OCCUPIED | 4,150 | .82 % | 13,315 | 2,293 | 15,607 | 159,775 | 187,290 | 38.50 | 02-16-2009 | 02-28-2019 |
| Property DEP.000 Summary Totls: | | | 504,925 | | 309,913 | 21,246 | 331,160 | 3,718,958 | 3,973,914 | 383.25 | | |

| | | |
|---|---|---|
| Total Occupied Sq Ft (Total): | 456,583 | 90.43 % |
| Total Vacant Sq Ft (Total): | 48,342 | 9.57 % |
| Total Sq Ft (Total): | 504,925 | 100.00 % |

| | |
|---|---|
| Total Monthly Rent For Occupied Units: | 309,913 |
| Total Other Monthly Charges For Occupied Units: | 21,246 |
| Total Monthly Charges | 331,160 |