United States Bankruptcy Court - Northern District of Alabama

CASE NAME: **AIG Baker Deptford LLC**  CASE NO.: **BK 10-02059-TBB-11**  MONTH ENDING: **April 2010**

Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES ✓ NO ___  All post petition business taxes have been paid/deposited and the deposit slips are attached. *Property taxes paid subsequent to April reporting month on 5/10/10. Copies herein.*

   YES ___ NO **N/A**  All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |

2. YES ✓ NO ___  Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:    TYPE _____ not in force.

                    TYPE _____ not in force.

3. YES ___ NO ✓  New books and records were opened and are being maintained daily.

4. YES ✓ NO ___  Copies of all banks statements and reconciliations are attached. *

5. YES ✓ NO ___  I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES ✓ NO ___  All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE **5/13/10**                      _____
                                       RESPONSIBLE PARTY

Phone No. _____

Bankruptcy Administrator Form - Business BA-01

\* General ledger and check register for AIG Baker Deptford for the month of April 2010 is being provided in lieu of a copy of the RBC Bank statement. A copy of the PNC Bank operating bank account statement for April 2010 is being provided herein.

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC   CASE NO.: BK 10-02059-TBB-11   MONTH ENDING: April 2010

Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|
| | -Accrual (circled)   (Circle One)   -Cash |
| CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month. | 1. REVENUE FROM TOTAL SALES   $306,986 |
| A. CASH ON HAND (Beginning) 194,809 | 2. LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)   — |
| B. RECEIPTS: | |
| Accounts Receivable from Form BA-02(A)-Line II(C)   8,346 * | 3. EQUALS GROSS PROFIT (1 minus 2)   306,986 |
| Cash Sales   — | 4. LESS OPERATING EXPENSES   316,454 |
| Loan Proceeds from _____   — | 5. EQUALS NET PROFIT OPERATIONS (3 minus 4)   (9,468) |
| Sale of Property (Not in ordinary course of business)   — | 6. NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES) |
| Other _____   — | Depreciation exp.  77,383 |
| | Amortization exp.  6,722 |
| C. TOTAL RECEIPTS (Total of B)   8,346 | |
| D. BUSINESS DISBURSEMENTS FROM FORM BA-02(B)   21,593 | 7. EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $(93,573) |
| E. SURPLUS OR DEFICIT (C minus D)   (13,247) | |
| F. CASH ON HAND (End) (A plus E)   181,562 | * Please itemize Cost of Sales and Expenses on a separate sheet of paper.  -see statement of operations |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10

RESPONSIBLE PARTY [signature]

Bankruptcy Administrator Form - Business BA-02

\* Additional cash was collected on accounts receivable in April of $243,680 by PNC Bank, but is not considered cash on AIG Baker Deptford's financial statements, but rather described as "Tenant Rent Due from Beals"

United States Bankruptcy Court - Northern District of Alabama

CASE NAME: A/G Baker Deptford LLC   CASE NO.: BK 10-02059-TBB-11   MONTH ENDING: April 2010

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I. NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II. COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A. Amount collected this month on accounts receivable charged and paid this month.       $ 8,346 *⊛

B. Amount collected this month on accounts receivable charged in prior months and paid this month.   $ _____

C. TOTAL collected this month on accounts receivable.    $ 8,346

III. PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Deptford Family Dental | $ 280 | — | — | — | $ 280 |
| Cricket (Metro PCS) | 3,986 | 3,986 | 3,986 | — | 11,958 |
| Spa #1 Nails | 38 | 38 | — | — | 76 |
| Office Max | 33,357 | 27,755 | — | 3,079 | 64,191 |
| Petsmart | 44,216 | 44,216 | 44,216 | 549,143 | 681,791 |
| We R Wireless | 4,848 | — | — | — | 4,848 |
| | | | | | |
| | | | | | |
| | | | | | |
| 2009 CAM - various tenants | — | — | — | 444,699 | 444,699 |
| | | | | | |
| TOTALS | $ 86,725 | 15,995 | 48,202 | 996,921 | $ 1,207,843 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10 _____    _____ RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

* Actually this $8,346 collected is for accounts receivable charged for next month, May, services/rent and not the current month of April.

⊛ An additional $245,680 in cash was received in April for accounts receivable by PNC Bank in a bank account held in PNC's name. This breaks down as follows: $67,336 for previous months, $4,033 for current month (April), $5,602 for current month (April), and $172,742 for future months (May).

CHAPTER 11 OPERATING ORDER FORM  11/00  BUSINESS BA-02(B)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC  CASE NO.: BK 10-02059-TBB-11  MONTH ENDING: April 2010

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.................................................$ _____
ADVERTISING..................................................... _____
AUTOMOBILES/VEHICLES (repairs & maintenance).................... _____
COMMISSIONS/CONTRACT LABOR...................................... _____
INSURANCE (TOTAL)............................................... _____
   AUTO              $ _____
   LIABILITY           _____
   LIFE                _____
   MEDICAL             _____
   CASUALTY            _____
   FIRE & THEFT        _____
   WORKMAN'S COMP.     _____
   OTHER _____      _____
INTEREST PAID................................................... _____
INVENTORY PURCHASED............................................. _____
LEGAL FEES...................................................... 2,754
POSTAGE......................................................... _____
RENT/LEASE PAYMENTS ON REAL ESTATE.............................. _____
REPAIRS & MAINTENANCE........................................... 64
SALARIES/WAGES PAID............................................. _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..................... _____
SUPPLIES (TOTAL)................................................ _____
   OFFICE            $ _____
   OPERATING           _____
TRAVEL & ENTERTAINMENT.......................................... _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]........................ _____
UNSECURED LOAN PAYMENTS......................................... _____
UTILITIES (TOTAL)............................................... 3,815
   ELECTRICITY       $  2,858
   GAS                 _____
   TELEPHONE           54
   WATER               903
   OTHER _____      _____

OTHER BUSINESS DISBURSEMENTS       14,960 (A)
(Specify)                                                       $ 14,960

TOTAL BUSINESS DISBURSEMENTS....................................$ 21,593
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

(A) "Other Business Disbursements" include $8,000 for consulting/appraisal services, $1984 for landscaping, and $4976 for snow removal services

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC  CASE NO.: BK 10-02059-TBB-11  MONTH ENDING: April 2010

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

### ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month (Check, if true.)
2. ✓ No secured loan payments have been paid during this month. (Check, if true.)
3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT DUE | AMOUNT PAID | BALANCE |
|---|---|---|---|---|---|
| PNC Bank (principal) | Real property + improvements | 11/14/09 | | | $40,391,376 |
| PNC Bank (interest) | Real property + improvements | 4/30/10 | | | 171,383 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

CHAPTER 11 OPERATING ORDER FORM   11/00                BUSINESS BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC   CASE NO.: BK 10-02059-TBB-11   MONTH ENDING: April 2010

Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | | 
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| 5/1/2010 | Property | $148,489.23 | | | |
| 8/1/2010 | Property | 148,489.23 | | | |
| 11/1/2010 | Property | 148,489.23 | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC   CASE NO.: BK 10-02059-TBB-11   MONTH ENDING: April 2010

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| RBC Bank | checking | $178,476 | 4-30-10 | Pre |
| PNC Bank | 1028861659 checking | $3,086 | 4-30-10 | Pre |
| PNC Bank (*) | 1026403283 lockbox-checking | $782,680 | 4-30-10 | Pre |

## GROSS PAYROLL
(Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1   (Name) _____   $ _____
Officer #2   (Name) _____   $ _____
Other Officer (Name) _____   $ _____
Employees (Number) _____   $ _____
Employees (Relatives) _____   $ _____
Name _____   $ _____
Name _____   $ _____

## INVENTORY (IF APPLICABLE)

Inventory - Beginning of Month (COST)          $ _____
Inventory - Purchased this Month - CASH        $ _____
Inventory - Purchased this Month - CREDIT      $ _____
Inventory - End of Month (COST)                $ _____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

___ A. No payments on pre-petition debts have been made this month.
✓ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| Copeland, Franco | $2,753.81  4/7/10 | legal fees PetSmart | |
| CPM Builders | $7,023.70  4/7/10 | landscaping, roof repair, snow removal | |
| Deptford Township MUA | $903.19  4/7/10 | water/sewer utilities | |
| PSE+G | $2,858.28  4/7/10 | electricity | |
| Verizon | $54.21  4/7/10 | telephone - monitoring | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10                                   RESPONSIBLE PARTY [signature]

(*) Note: This account is held in the name of PNC Bank and is described as "Escrow Deposits Due from Bank" on AIG Baker Deptford's balance sheet.

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: AIG Baker Deptford LLC  CASE NO.: BK 10-02059-TBB-11  MONTH ENDING: April 2010

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

CHECK A or B

___ A. All operating expenses since the beginning of this case have been paid. Therefore there are no post-petition accounts payable.

** OR **

✓ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| CPM Builders | 4059 | | | | $ 4059 |
| Deptford Township MUA | 3,363 | | | | 3363 |
| South Jersey Gas | 43 | | | | 43 |
| Verizon | 54 | | | | 54 |
| Waste Management | 1,677 | | | | 1,677 |
| AIG Baker Management | 14,199 | | | | 14,199 |
| TOTALS | 23,395 | $ | $ | $ | $ 23,395 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 5/13/10

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

AIG Baker Deptford LLC
Balance Sheet
April 30, 2010

## ASSETS

**CURRENT ASSETS**

| | |
|---|---:|
| Cash | $ 181,562 |
| Rent Receivable | 763,144 |
| A/R CAM Reimbursements | 444,699 |
| Tenant Rent Due from Bank | 782,681 |
| Escrow-replacement reserve | 45,075 |
| Allowance for doubtful accnts | (387,598) |
| Prepaid insurance | 547 |
| **TOTAL CURRENT ASSETS** | **$ 1,830,110** |

**DEVELOPMENT COSTS**

| | |
|---|---:|
| **TOTAL DEVELOPMENT COSTS** | **$ 0** |

**OTHER ASSETS**

| | |
|---|---:|
| Deferred rent receivable | $ 470,276 |
| Deferred Costs | 986,822 |
| Less Accum. Amort. | (163,585) |
| **TOTAL OTHER COSTS** | **$ 1,293,513** |

**FIXED ASSETS**

| | |
|---|---:|
| Land | $ 12,521,458 |
| Land improvements | 6,719,173 |
| Shopping Center Improvement | 22,173,763 |
| Tenant improvements | 240,950 |
| Less Accum. Depr. | (2,318,851) |
| **TOTAL FIXED ASSETS** | **$ 39,336,493** |
| **TOTAL ASSETS** | **$ 42,460,116** |

AIG Baker Deptford LLC
Balance Sheet
April 30, 2010

LIABILITIES AND CAPITAL

**CURRENT LIABILITIES**
    Accounts Payable      $ 73,749
    Advance Rent Collected      170,853
    A/P-Broker's Fees      46,113
    Intercompany Payables      65,826
    Payroll Payable-MGT      14,395
    Interest Payable-SHP      329,344
    Accrued interest payable      171,383

**TOTAL CURRENT LIABILITIES**      $ 871,663

**LONG TERM LIABILITIES**
    Mortgage notes payable      $ 40,391,376
    Tenant Security Deposits      53,639

**LONG TERM LIABILTIES**      $ 40,445,015

**TOTAL LIABILITIES**      $ 41,316,678

**CAPITAL**
    Capital-AIG Baker Shopping Center Prop      $ 4,934,160
    Capital-AIG/Baker Partnership      (761,000)
    Current Year Earnings      (180,111)
    Previous Years Earnings      (2,849,611)

**TOTAL CAPITAL**      $ 1,143,438

**TOTAL LIABILITIES & CAPITAL**      $ 42,460,116

AIG Baker Deptford LLC  
Statement of Operations  
For the Period Ended April 30, 2010

| Current Period Actual | Current Period Budget | $ Variance | % Var | Account Title | Year to Date Actual | Year To Date Budget | $ Variance | % Var |
|---|---|---|---|---|---|---|---|---|
| | | | | **Income** | | | | |
| $ 63,126 | $ 0 | $ 63,126 | 00 % | Base Rent-Shops | $ 253,264 | $ 0 | $ 253,264 | 00 % |
| 102,867 | 0 | 102,867 | 00 | Base rent-Anchors | 383,360 | 0 | 383,360 | 00 |
| (28,164) | 0 | (28,164) | 00 | Rent Adjustments-Percentage Rent | (84,173) | 0 | (84,173) | 00 |
| 147,000 | 0 | 147,000 | 00 | Ground leases long-term | 588,000 | 0 | 588,000 | 00 |
| $ 284,829 | $ 0 | $ 284,829 | 00 % | Total Base Rents | $ 1,140,451 | $ 0 | $ 1,140,451 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Vacancy Allowance | $ 0 | $ 0 | $ 0 | 00 % |
| 21,884 | 0 | 21,884 | 00 | Total Expense Reimbursement | 263,363 | 0 | 263,363 | 00 |
| 273 | 0 | 273 | 00 | Other Tenant Income | 272 | 0 | 272 | 00 |
| $ 306,986 | $ 0 | $ 306,986 | 00 % | Total Tenant Income | $ 1,404,086 | $ 0 | $ 1,404,086 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Other Income | $ 954 | $ 0 | $ 954 | 00 % |
| $ 306,986 | $ 0 | $ 306,986 | 00 % | Total Income | $ 1,405,040 | $ 0 | $ 1,405,040 | 00 % |
| | | | | **Expenses** | | | | |
| $ 4,041 | $ 0 | $ (4,041) | 00 % | Landscaping | $ 9,993 | $ 0 | $ (9,993) | 00 % |
| 4,069 | 0 | (4,069) | 00 | Parking lot sweeping | 10,032 | 0 | (10,032) | 00 |
| 0 | 0 | 0 | 00 | Parking lot repairs/maint. | 221 | 0 | (221) | 00 |
| 1,677 | 0 | (1,677) | 00 | Trash removal | 7,186 | 0 | (7,186) | 00 |
| 3,339 | 0 | (3,339) | 00 | Other common area maintenance | 5,898 | 0 | (5,898) | 00 |
| 0 | 0 | 0 | 00 | Licenses fees and permits | 400 | 0 | (400) | 00 |
| 0 | 0 | 0 | 00 | Snow removal | 174,595 | 0 | (174,595) | 00 |
| 531 | 0 | (531) | 00 | Security Allocations | 2,159 | 0 | (2,159) | 00 |
| 2,313 | 0 | (2,313) | 00 | Electricity | 10,704 | 0 | (10,704) | 00 |
| 2,027 | 0 | (2,027) | 00 | Water | 4,697 | 0 | (4,697) | 00 |
| 416 | 0 | (416) | 00 | Monitoring and testing | 475 | 0 | (475) | 00 |
| 12,701 | 0 | (12,701) | 00 | Management fees | 53,924 | 0 | (53,924) | 00 |
| $ 31,114 | $ 0 | $ (31,114) | 00 % | Total Common Area Maint | $ 280,284 | $ 0 | $ (280,284) | 00 % |

Page Number 1

Case 10-02059-TBB11    Doc 99    Filed 05/17/10    Entered 05/17/10 10:25:40    Desc Main
Document    Page 11 of 15

AIG Baker Deptford LLC
Statement of Operations
For the Period Ended April 30, 2010

| Current Period Actual | Current Period Budget | $ Variance | % Var | Account Title | Year to Date Actual | Year To Date Budget | $ Variance | % Var |
|---:|---:|---:|---:|---|---:|---:|---:|---:|
| $ 610 | $ 0 | $ (610) | 00 % | Property insurance - building | $ 2,440 | $ 0 | $ (2,440) | 00 % |
| 3,482 | 0 | (3,482) | 00 | General liability insurance - build | 13,927 | 0 | (13,927) | 00 |
| $ 4,092 | $ 0 | $ (4,092) | 00 % | Total Insurance | $ 16,367 | $ 0 | $ (16,367) | 00 % |
| $ 49,573 | $ 0 | $ (49,573) | 00 % | Real estate taxes - land | $ 201,238 | $ 0 | $ (201,238) | 00 % |
| $ 49,573 | $ 0 | $ (49,573) | 00 % | Total Taxes | $ 201,238 | $ 0 | $ (201,238) | 00 % |
| $ 565 | $ 0 | $ (565) | 00 % | Structural/roof repair/maint. | $ 719 | $ 0 | $ (719) | 00 % |
| 0 | 0 | 0 | 00 | Leasing Commissions | 66 | 0 | (66) | 00 |
| 967 | 0 | (967) | 00 | Salaries and wages Corporate | 3,920 | 0 | (3,920) | 00 |
| 331 | 0 | (331) | 00 | Other Owner Repair & Maint | 2,123 | 0 | (2,123) | 00 |
| 406 | 0 | (406) | 00 | License fees | 405 | 0 | (405) | 00 |
| 1,241 | 0 | (1,241) | 00 | Legal services admin. | 11,085 | 0 | (11,085) | 00 |
| 0 | 0 | 0 | 00 | Legal - Lawsuits | 88,411 | 0 | (88,411) | 00 |
| 229 | 0 | (229) | 00 | Bank charges | 976 | 0 | (976) | 00 |
| 110,543 | 0 | (110,543) | 00 | Bad debt expense | 191,961 | 0 | (191,961) | 00 |
| 8,000 | 0 | (8,000) | 00 | Appraisal and related fees | 8,000 | 0 | (8,000) | 00 |
| $ 122,282 | $ 0 | $ (122,282) | 00 % | Total Owners Expense | $ 307,666 | $ 0 | $ (307,666) | 00 % |
| $ 207,061 | $ 0 | $ (207,061) | 00 % | Total Operating Expense | $ 805,555 | $ 0 | $ (805,555) | 00 % |
| $ (99,925) | $ 0 | $ 514,047 | 00 % | | $ 599,485 | $ 0 | $ 599,485 | 00 % |
| $ 99,925 | $ 0 | $ 99,925 | 00 % | Net Operating Income | $ 599,485 | $ 0 | $ 599,485 | 00 % |
| $ 109,393 | $ 0 | $ (109,393) | 00 % | Interest on mortgages payable | $ 443,102 | $ 0 | $ (443,102) | 00 % |
| $ 109,393 | $ 0 | $ (109,393) | 00 % | Total Interest Expense | $ 443,102 | $ 0 | $ (443,102) | 00 % |
| $ 27,997 | $ 0 | $ (27,997) | 00 % | Depreciation land improvemnts | $ 111,986 | $ 0 | $ (111,986) | 00 % |
| 46,195 | 0 | (46,195) | 00 | Depreciation buildings | 184,856 | 0 | (184,856) | 00 |
| 3,191 | 0 | (3,191) | 00 | Depreciation tenant imprvemnt | 12,762 | 0 | (12,762) | 00 |
| 6,722 | 0 | (6,722) | 00 | Amortization-Deferred Lease Cost | 26,890 | 0 | (26,890) | 00 |
| $ 84,105 | $ 0 | $ (84,105) | 00 % | Total Depr & Amortization | $ 336,494 | $ 0 | $ (336,494) | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Gain (Loss) on sale-shopping center | $ 0 | $ 0 | $ 0 | 00 % |
| $ 0 | $ 0 | $ 0 | 00 % | Gain (Loss) on sale-outparcels | $ 0 | $ 0 | $ 0 | 00 % |
| $ (93,573) | $ 0 | $ (93,573) | 00 % | Net Income(Loss) | $ (180,111) | $ 0 | $ (180,111) | 00 % |

Case 10-02059-TBB11 Doc 99 Filed 05/17/10 Entered 05/17/10 10:25:40 Desc Main Document Page 12 of 15

```
AIG Baker Partnership                          Current Ledger - Accrual                              5-13-2010   Page 1
                                                                                                     System Date: 5-13-2010
                                                                                                     System Time: 11:36 am

                                                            Beginning                                          Ending
Date       Jrn  Ref      Ref   Batch  Transaction Des        Balance        Debit           Credit            Balance
DEP   AIG Baker Deptford LLC
DEP-000   AIG Baker Deptford LLC (4-01-2010 - 4-30-2010)

DEP-000-1020.000   Cash Operating
4-01-2010  CR                  14205  PM Cash Receipts summary              8,346.00
4-26-2010  APC                 10246  Summary Entry                                         8,000.00-

           Total Account DEP-000-1020.000 - Cash Operating    178,130.12*   8,346.00*       8,000.00-*        178,476.12*

DEP-000-1050.000   Cash Other - Operating
4-07-2010  APC                 10056  Summary Entry                                         13,593.19-
4-16-2010  APC                 10169  Summary Entry                                          8,000.00-
4-16-2010  APC       GRUE V-36 10245  (Rev)Grubb & Ellis Consulting                          8,000.00

           Total Account DEP-000-1050.000 - Cash Other - Operat  16,678.86*    .00*         13,593.19-*         3,085.67*

DEP-000-1210.000   Accounts Receivable

           Total Account DEP-000-1210.000 - Accounts Receivable  234,815.61-*  .00*            .00*           234,815.61-*

DEP-000-1220.000   Accounts Receivable-Tenants
4-01-2010  GJ    100R     ja   11758  Rvs rcls adv rent coll Mar10                          170,852.51-
4-01-2010  RR       0 DEPF     13987  Base Rent - Shops Charge                5,600.00
4-01-2010  RR       0 DEPF     13987  CAM - Shops Charge                        450.00
4-01-2010  RR       0 DEPF     13987  Insurance - Shops Charge                  126.00
4-01-2010  RR       0 DEPF     13987  Tax-Shops Charge                          700.00
4-01-2010  RR       0 DEPG     13987  Base Rent - Shops Charge                3,400.00
4-01-2010  RR       0 DEPG     13987  CAM - Shops Charge                        225.00
4-01-2010  RR       0 DEPG     13987  Insurance - Shops Charge                   63.00
4-01-2010  RR       0 DEPG     13987  Tax-Shops Charge                          350.00
4-01-2010  RR       0 DEPN     13987  Base Rent - Shops Charge                2,800.00
4-01-2010  RR       0 DEPN     13987  CAM - Shops Charge                        225.00
4-01-2010  RR       0 DEPN     13987  Insurance - Shops Charge                   63.00
4-01-2010  RR       0 DEPN     13987  Tax-Shops Charge                          350.00
4-01-2010  RR       0 DEPM     13987  Base Rent - Shops Charge                3,348.00
4-01-2010  RR       0 DEPM     13987  CAM - Shops Charge                        225.00
4-01-2010  RR       0 DEPM     13987  Insurance - Shops Charge                   63.00
4-01-2010  RR       0 DEPM     13987  Tax-Shops Charge                          350.00
4-01-2010  RR       0 DEPA     13987  Base Rent - Shops Charge                9,300.00
4-01-2010  RR       0 DEPA     13987  CAM - Shops Charge                        675.00
4-01-2010  RR       0 DEPA     13987  Insurance - Shops Charge                  189.00
4-01-2010  RR       0 DEPA     13987  Tax-Shops Charge                        1,050.00
4-01-2010  RR       0 DEPT     13987  Base Rent - Shops Charge                7,000.00
4-01-2010  RR       0 DEPT     13987  CAM - Shops Charge                        520.00
4-01-2010  RR       0 DEPT     13987  Insurance - Shops Charge                  126.00
4-01-2010  RR       0 DEPT     13987  Tax-Shops Charge                          700.00
4-01-2010  RR       0 DEPW     13987  Ground Rent Charge                     80,666.67
4-01-2010  RR       0 DEPM     13987  Base Rent - Anchors Charge             28,378.88
4-01-2010  RR       0 DEPM     13987  CAM - Anchors Charge                    2,987.25
4-01-2010  RR       0 DEPO     13987  Base Rent - Anchors Charge             33,356.67
4-01-2010  RR       0 DEPP     13987  Base Rent - Anchors Charge             41,131.67
4-01-2010  RR       0 DEPP     13987  CAM - Anchors Charge                    3,084.88
4-01-2010  RR       0 DEPS     13987  Ground Rent Charge                     53,833.33
4-01-2010  RR       0 DEPF     13987  Base Rent - Shops Charge                9,613.33
4-01-2010  RR       0 DEPF     13987  CAM - Shops Charge                        600.00
4-01-2010  RR       0 DEPF     13987  Insurance - Shops Charge                  168.00
4-01-2010  RR       0 DEPF     13987  Tax-Shops Charge                          933.33
4-01-2010  RR       0 DEPW     13987  Base Rent - Shops Charge                3,645.83
4-01-2010  RR       0 DEPW     13987  CAM - Shops Charge                        328.13
4-01-2010  RR       0 DEPW     13987  Insurance - Shops Charge                   91.88
4-01-2010  RR       0 DEPW     13987  Tax-Shops Charge                          510.42
4-01-2010  RR       0 DEPG     13987  Base Rent - Shops Charge                5,104.17
4-01-2010  RR       0 DEPG     13987  CAM - Shops Charge                        320.83
4-01-2010  RR       0 DEPG     13987  Insurance - Shops Charge                   43.75
4-01-2010  RR       0 DEPG     13987  Tax-Shops Charge                          510.42
4-01-2010  RR       0 DEPJ     13987  CAM - Shops Charge                      1,499.00
4-01-2010  RR       0 DEPJ     13987  Ground Rent Charge                     12,500.00
4-01-2010  RR       0 DEPJ     13987  Insurance - Shops Charge                  314.79
4-01-2010  RR       0 DEPJ     13987  Tax-Shops Charge                        1,748.83
4-01-2010  RR       0 DEPT     13987  Base Rent - Shops Charge               13,314.58
4-01-2010  RR       0 DEPT     13987  CAM - Shops Charge                        864.58
4-01-2010  RR       0 DEPT     13987  Insurance - Shops Charge                  217.88
4-01-2010  RR       0 DEPT     13987  Tax-Shops Charge                        1,210.42
4-01-2010  CR       0 DEPT     14205  Base Rent - Shops Payment                                7,000.00-
4-01-2010  CR       0 DEPT     14205  Insurance - Shops Payment                                  126.00-
4-01-2010  CR       0 DEPT     14205  Tax-Shops Charges                                          700.00-
4-01-2010  CR       0 DEPT     14205  CAM - Shops Payment                                        520.00-
4-01-2010  CR    9465 DEPT     14238  Base Rent - Shops Payment                               13,314.58-
4-01-2010  CR    9465 DEPT     14238  Insurance - Shops Payment                                  217.88-
4-01-2010  CR    9465 DEPT     14238  Tax-Shops Charges                                        1,210.42-
4-01-2010  CR    9465 DEPT     14238  CAM - Shops Payment                                        864.58-
4-02-2010  CR    1033 DEPG     14239  Base Rent - Shops Payment                                5,104.17-
4-02-2010  CR    1033 DEPG     14239  Insurance - Shops Payment                                   43.75-
4-02-2010  CR    1033 DEPG     14239  Tax-Shops Charges                                          510.42-
4-02-2010  CR    1033 DEPG     14239  CAM - Shops Payment                                        320.83-
4-02-2010  CR    4842 DEPJ     14708  Ground Rent Payment                                     12,500.00-
4-02-2010  CR    4842 DEPJ     14708  Insurance - Shops Payment                                  314.79-
4-02-2010  CR    4842 DEPJ     14708  Tax-Shops Charges                                        1,748.83-
4-02-2010  CR    4842 DEPJ     14708  CAM - Shops Payment                                      1,499.00-
4-05-2010  PM       0 DEPO     14216  Rent Adjustment from % Rt Chg          28,164.50-
4-05-2010  PM       0 DEPO     14217  Apply Credit                           28,164.50
4-05-2010  PM       0 DEPO     14217  Apply Credit                                            28,164.50-
4-05-2010  CR    1002 DEPN     14299  Base Rent - Shops Payment                                2,800.00-
4-05-2010  CR    1002 DEPN     14299  Insurance - Shops Payment                                   63.00-
4-05-2010  CR    1002 DEPN     14299  Tax-Shops Charges                                          350.00-
4-05-2010  CR    1002 DEPN     14299  CAM - Shops Payment                                        187.00-
4-05-2010  CR    8533 DEPA     14300  Base Rent - Shops Payment                                9,300.00-
4-05-2010  CR    8533 DEPA     14300  Insurance - Shops Payment                                  189.00-
```

Case 10-02059-TBB11    Doc 99    Filed 05/17/10    Entered 05/17/10 10:25:40    Desc Main
Document    Page 13 of 15

```
                                                              Beginning                                              Ending
Date        Jrn   Ref   Ref   Batch   Transaction Des          Balance         Debit          Credit              Balance
DEP-000-1220.000       Accounts Receivable-Tenants - Continued
 4-05-2010  CR    8533  DEPA  14300   Tax-Shops Charges                                       1,050.00-
 4-05-2010  CR    8533  DEPA  14300   CAM - Shops Payment                                       675.00-
 4-07-2010  CR    5226  DEPG  14328   Base Rent - Shops Payment                               3,400.00-
 4-07-2010  CR    5226  DEPG  14328   Insurance - Shops Payment                                  63.00-
 4-07-2010  CR    5226  DEPG  14328   Tax-Shops Charges                                         350.00-
 4-07-2010  CR    5226  DEPG  14328   CAM - Shops Payment                                       225.00-
 4-08-2010  PM       0  DEPW  14281   Other Income Charge                       209.20
 4-09-2010  CR    1325  DEPF  14346   Base Rent - Shops Payment                               9,333.33-
 4-09-2010  CR    1325  DEPF  14346   Insurance - Shops Payment                                 168.00-
 4-09-2010  CR    1325  DEPF  14346   Tax-Shops Charges                                         933.33-
 4-09-2010  CR    1325  DEPF  14346   CAM - Shops Payment                                       600.00-
 4-21-2010  PM       0  DEPW  14504   Other Income Charge                        62.97
 4-26-2010  CR    2096  DEPW  14576   Ground Rent Payment                                    80,666.67-
 4-26-2010  CR    3396  DEPS  14577   Ground Rent Payment                                    53,833.33-
 4-29-2010  CR    3282  DEPO  14765   Base Rent - Anchors Payment                             5,601.86-
 4-30-2010  GJ     101  ja    12145   Rcls adv rent coll Apr10                163,976.51
 4-30-2010  CR    4010  DEPM  14652   Base Rent - Anchors Payment                            28,378.88-
 4-30-2010  CR    4010  DEPM  14652   CAM - Anchors Payment                                   2,987.25-

    Total Account DEP-000-1220.000 - Accounts Receivable    945,000.16*    499,126.20*    446,166.91-*      997,959.45*

DEP-000-1235.000   A/R CAM Reimbursements

    Total Account DEP-000-1235.000 - A/R CAM Reimburseme    444,699.24*          .00*            .00*       444,699.24*

DEP-000-1238.000   Tenant Rent Due from Bank
 4-01-2010  CR                14238   PM Cash Receipts summary              15,607.46
 4-02-2010  CR                14239   PM Cash Receipts summary               5,979.17
 4-02-2010  CR                14708   PM Cash Receipts summary              16,062.62
 4-05-2010  CR                14299   PM Cash Receipts summary               3,400.00
 4-05-2010  CR                14300   PM Cash Receipts summary              11,214.00
 4-07-2010  CR                14328   PM Cash Receipts summary               4,038.00
 4-09-2010  CR                14346   PM Cash Receipts summary              11,034.66
 4-14-2010  CR                14426   PM Cash Receipts summary               6,876.00
 4-26-2010  CR                14576   PM Cash Receipts summary              80,666.67
 4-26-2010  CR                14577   PM Cash Receipts summary              53,833.33
 4-29-2010  CR                14765   PM Cash Receipts summary               5,601.86
 4-30-2010  GJ     103  ja    12145   PNC rent coll bank acnt fees                             228.96-
 4-30-2010  CR                14652   PM Cash Receipts summary              31,366.13

    Total Account DEP-000-1238.000 - Tenant Rent Due fro    537,229.75*    245,679.90*        228.96-*      782,680.69*

DEP-000-1245.000   Escrow-replacement reserve

    Total Account DEP-000-1245.000 - Escrow-replacement      45,075.00*          .00*            .00*        45,075.00*

DEP-000-1295.000   Allowance for doubtful accnts
 4-30-2010  GJ     107  JA    12183   RESERVE PETSMART JAN-APR                              110,543.00-

    Total Account DEP-000-1295.000 - Allowance for doubt   277,054.62-*          .00*      110,543.00-*      387,597.62-*

DEP-000-1410.000   Land and land development

    Total Account DEP-000-1410.000 - Land and land devel  12,521,458.19*        .00*            .00*       12,521,458.19*

DEP-000-1420.000   Site Work

            Total Account DEP-000-1420.000 - Site Work     6,727,173.30*        .00*            .00*        6,727,173.30*

DEP-000-1430.000   Construction in Progress

    Total Account DEP-000-1430.000 - Construction in Pro  23,489,815.15*        .00*            .00*       23,489,815.15*

DEP-000-1450.000   Tenant improvement in progress

    Total Account DEP-000-1450.000 - Tenant improvement    2,238,205.00*        .00*            .00*        2,238,205.00*

DEP-000-1480.000   CWP Contra Account

    Total Account DEP-000-1480.000 - CWP Contra Account   44,976,651.64-*       .00*            .00*       44,976,651.64-*

DEP-000-1625.000   Prepaid insurance
 4-30-2010  RE                12140   EXPENSE PPD INSURANCE                                     610.02-
 4-30-2010  RE                12140   EXPENSE PPD INSURANCE                                   3,481.67-

    Total Account DEP-000-1625.000 - Prepaid insurance       4,638.94*          .00*         4,091.69-*          547.25*

DEP-000-1630.000   Prepaid taxes
 4-30-2010  GJ     104  ja    12145   Accrue taxes Apr10                                     49,573.44-

    Total Account DEP-000-1630.000 - Prepaid taxes          49,573.44*          .00*        49,573.44-*           .00*

DEP-000-1770.000   Deferred rent receivable

    Total Account DEP-000-1770.000 - Deferred rent recei   470,276.00*          .00*            .00*       470,276.00*

DEP-000-1784.000   Deferred leasing costs

    Total Account DEP-000-1784.000 - Deferred leasing co   986,821.90*          .00*            .00*       986,821.90*

DEP-000-1794.000   Accum Amort-Deferred Leasing Costs
 4-30-2010  RE                12140   RECORD AMORTIZATION                                     6,722.41-

    Total Account DEP-000-1794.000 - Accum Amort-Deferre   156,862.57-*         .00*         6,722.41-*      163,584.98-*

DEP-000-1810.000   Land
```

| Date | Jrn | Ref | Ref | Batch | Transaction Des | Beginning Balance | Debit | Credit | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| DEP-000-1810.000 | | Land - Continued | | | | | | | |
| | | | | | Total Account DEP-000-1810.000 - Land | 12,521,458.19* | .00* | .00* | 12,521,458.19* |
| DEP-000-1815.000 | | Land improvements | | | | | | | |
| | | | | | Total Account DEP-000-1815.000 - Land improvements | 6,719,173.30* | .00* | .00* | 6,719,173.30* |
| DEP-000-1818.000 | | Shopping Center Improvement | | | | | | | |
| | | | | | Total Account DEP-000-1818.000 - Shopping Center Imp | 22,173,762.75* | .00* | .00* | 22,173,762.75* |
| DEP-000-1830.000 | | Tenant improvements | | | | | | | |
| | | | | | Total Account DEP-000-1830.000 - Tenant improvements | 240,950.00* | .00* | .00* | 240,950.00* |
| DEP-000-1915.000 | | Accum depr land improvements | | | | | | | |
| 4-30-2010 | RE | | | 12140 | RECORD DEPRECIATION | | | 27,996.56- | |
| | | | | | Total Account DEP-000-1915.000 - Accum depr land imp | 883,058.61-* | .00* | 27,996.56-* | 911,055.17-* |
| DEP-000-1918.000 | | Accum Deprec-Shopping Ctr Improvements | | | | | | | |
| 4-30-2010 | RE | | | 12140 | RECORD DEPRECIATION | | | 46,195.34- | |
| | | | | | Total Account DEP-000-1918.000 - Accum Deprec-Shoppi | 1,290,981.75-* | .00* | 46,195.34-* | 1,337,177.09-* |
| DEP-000-1930.000 | | Accum depr tenant improvement | | | | | | | |
| 4-30-2010 | RE | | | 12140 | RECORD DEPRECIATION | | | 3,190.62- | |
| | | | | | Total Account DEP-000-1930.000 - Accum depr tenant i | 67,428.75-* | .00* | 3,190.62-* | 70,619.37-* |
| DEP-000-2030.000 | | Tenant Security Deposits | | | | | | | |
| | | | | | Total Account DEP-000-2030.000 - Tenant Security Dep | 53,638.33-* | .00* | .00* | 53,638.33-* |
| DEP-000-2040.000 | | Advance Rent Collected | | | | | | | |
| 4-01-2010 | GJ | 100R | ja | 11758 | Rvs rcls adv rent coll Mar10 | | 170,852.51 | | |
| 4-14-2010 | CR | 1545 | DEPF | 14426 | Base Rent - Shops Payment | | | 5,600.00- | |
| 4-14-2010 | CR | 1545 | DEPF | 14426 | CAM - Shops Payment | | | 450.00- | |
| 4-14-2010 | CR | 1545 | DEPF | 14426 | Insurance - Shops Payment | | | 126.00- | |
| 4-14-2010 | CR | 1545 | DEPF | 14426 | Tax-Shops Charges | | | 700.00- | |
| 4-30-2010 | GJ | 101 | ja | 12145 | Rcls adv rent coll Apr10 | | | 163,976.51- | |
| | | | | | Total Account DEP-000-2040.000 - Advance Rent Collec | 170,852.51-* | 170,852.51* | 170,852.51-* | 170,852.51-* |
| DEP-000-2110.000 | | Accounts Payable | | | | | | | |
| 4-01-2010 | API | | | 10004 | Summary Entry | | | 1,676.89- | |
| 4-01-2010 | API | | | 10047 | Summary Entry | | | 16,197.63- | |
| 4-01-2010 | API | | | 10088 | Summary Entry | | | 1,362.94- | |
| 4-01-2010 | API | | | 10134 | Summary Entry | | | 2,358.73- | |
| 4-01-2010 | API | | | 10166 | Summary Entry | | | 405.88- | |
| 4-01-2010 | API | | | 10186 | Summary Entry | | | 2,622.41- | |
| 4-01-2010 | API | | | 10272 | Summary Entry | | | 74.20- | |
| 4-05-2010 | API | | | 10134 | Summary Entry | | | 685.50- | |
| 4-05-2010 | API | | | 10134 | Summary Entry | | | 500.00- | |
| 4-06-2010 | API | | | 10047 | Summary Entry | | | 1,508.14- | |
| 4-07-2010 | APC | | | 10056 | Summary Entry | | 13,593.19 | | |
| 4-09-2010 | API | | | 10182 | Summary Entry | | | 2,026.82- | |
| 4-10-2010 | API | | | 10203 | Summary Entry | | | 54.32- | |
| 4-14-2010 | API | | | 10203 | Summary Entry | | | 62.97- | |
| 4-16-2010 | APC | GRUE | V-36 | 10245 | (Rev)Grubb & Ellis Consulting | | 8,000.00- | | |
| 4-20-2010 | API | | | 10272 | Summary Entry | | | 26.63- | |
| 4-26-2010 | APC | | | 10246 | Summary Entry | | 8,000.00 | | |
| 4-27-2010 | API | | | 10272 | Summary Entry | | | 3,970.00- | |
| 4-30-2010 | GJ | 105 | ja | 12145 | Rcls I/C from AP | | 15,108.29 | | |
| | | | | | Total Account DEP-000-2110.000 - Accounts Payable | 66,917.75-* | 28,701.48* | 35,533.06-* | 73,749.33-* |
| DEP-000-2130.000 | | A/P-Broker's Fees | | | | | | | |
| | | | | | Total Account DEP-000-2130.000 - A/P-Broker's Fees | 46,113.00-* | .00* | .00* | 46,113.00-* |
| DEP-000-2196.MGT | | Due To MGT | | | | | | | |
| 4-01-2010 | API | MGT0 | 0401 | 10047 | AIG Baker Mgmt LLC | | 13,600.15 | | |
| 4-30-2010 | GJ | 102 | ja | 12145 | True-up Apr10 mgmt fees DEP | | 17,758.09 | | |
| 4-30-2010 | GJ | 105 | ja | 12145 | Rcls I/C from AP | | | 13,600.15- | |
| 4-30-2010 | PM | 0 | | 14631 | Management Fee | | | 30,459.39- | |
| | | | | | Total Account DEP-000-2196.MGT - Due To MGT | 53,125.35-* | 31,358.24* | 44,059.54-* | 65,826.65-* |
| DEP-000-2197.MGT | | Payroll Payable-MGT | | | | | | | |
| 4-06-2010 | API | MGT0 | 0406 | 10047 | AIG Baker Mgmt LLC | | 1,508.14 | | |
| 4-30-2010 | GJ | 105 | ja | 12145 | Rcls I/C from AP | | | 1,508.14- | |
| 4-30-2010 | MRI | PAY | 100 | 12085 | April MGT Payroll Allocation | | | 1,498.43- | |
| | | | | | Total Account DEP-000-2197.MGT - Payroll Payable-MGT | 12,896.27-* | 1,508.14* | 3,006.57-* | 14,394.70-* |
| DEP-000-2198.SHP | | Interest Payable-SHP | | | | | | | |
| | | | | | Total Account DEP-000-2198.SHP - Interest Payable-SH | 329,343.92-* | .00* | .00* | 329,343.92-* |
| DEP-000-2510.000 | | Accrued interest payable | | | | | | | |
| 4-30-2010 | GJ | 106 | ja | 12145 | Accrue Apr10 interest | | | 109,393.31- | |
| | | | | | Total Account DEP-000-2510.000 - Accrued interest pa | 61,989.54-* | .00* | 109,393.31-* | 171,382.85-* |
| DEP-000-2730.000 | | Mortgage notes payable | | | | | | | |
| | | | | | Total Account DEP-000-2730.000 - Mortgage notes paya | 40,391,376.22-* | .00* | .00* | 40,391,376.22-* |